G. A. GRIER, INC. v. VESCE

No. 428A87.

Case below: 86 N.C. App. 374.

Motion by plaintiff to dismiss appeal for lack of substantial constitutional question allowed 7 October 1987.

GIBSON v. LAMBETH

No. 436P87.

Case below: 86 N.C. App. 264.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.

HAND v. FIELDCREST MILLS, INC.

No. 304P87.

Case below: 85 N.C. App. 372.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.

HIGHTOWER v. HIGHTOWER

No. 293P87.

Case below: 85 N.C. App. 333.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 October 1987.

HUDSON v. MASTERCRAFT DIV.,
     COLLINS & AIKMAN CORP.

No. 461P87.

Case below: 86 N.C. App. 411.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.